**Transferred case has been opened**

to: InterdistrictTransfer
09/26/2011 10:18 AM

Show Details

USDC HAWAII CASE: 1:11-cv-00195-DAE-RLP

DETAILS: Case transferred from Hawaii has been opened in Eastern District of Wisconsin as case 2:11-cv-00901, filed 09/26/2011.